FILED

09 FEB 10 PM 2:58

MICHAEL R. MERZ
UNITED STATES
MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA | : | CASE NO. 3:09-po-00004 |
|---|---|---|
| v. | : | |
| RYAN J. KING | : | **SUPERSEDING INFORMATION**<br>18 USC Sections 7 & 13<br>ORC Section 4510.12(A)(1) |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

On or about October 19, 2008, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, RYAN J. KING did operate a motor vehicle upon a public road or highway or any public or private property used by the public for purposes of vehicular travel or parking in this state without a valid driver's license.

In violation of 18 USC Sections 7 & 13 and Ohio Revised Code Section 4510.12(A)(1).

GREGORY G. LOCKHART
United States Attorney

*[signature]*

VIPAL J. PATEL
Deputy Criminal Chief